PARAGON MORTGAGE COMPANY *v.* E. DOUGLAS
GRISSETTE
(9496)

O'CONNELL, NORCOTT and LANDAU, Js.

Argued March 28—decision released April 23, 1991

*E. Douglas Grissette,* pro se, the appellant (named defendant).

*Alan P. Rosenberg,* with whom, on the brief, was *Donald G. Rosenberg,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded with direction to set new law days.